UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| In Re: | ) Case No. 05-20251-659 |
| | ) Chapter 7 |
| JEANNIA M. KEMPF, | ) |
| | ) |
| Debtor. | ) |

**MOTION OF TRUSTEE TO DEPOSIT UNCLAIMED**
**DIVIDENDS INTO REGISTRY OF COURT**

COMES NOW David A. Sosne, Trustee herein, by and through his counsel, and requests an Order allowing the Trustee to turn over to the Registry of the Court unclaimed dividends in the total amount of Nine Hundred Twenty Seven Dollars and Ninety Four Cents ($927.94), ("Unclaimed Dividends"). The Trustee issued a stop payment for check number 103 in the amount of $927.94 issued to Sallie Mae Trust, c/o Sallie Mae, Inc., 220 Lasley Ave., Wilkes-Barre, PA 18706.

WHEREFORE, Trustee prays for an Order approving his Motion to Deposit Unclaimed Dividends into the Registry of Court.

SUMMERS, COMPTON, WELLS &
HAMBURG, P.C.

Dated: August 22, 2007        /s/   David A. Sosne
DAVID A. SOSNE  #28365   #4424
Chapter 7 Trustee
8909 Ladue Road
St. Louis, MO  63124
(314) 991-4999
FAX (314) 991-2413
dastrustee@scwh.com

519775

CERTIFICATE OF MAILING

      I hereby certify that a copy of the foregoing was served via electronic filing in the CM/ECF system of the United States Bankruptcy Court for the Eastern District of Missouri to the parties requesting service by electronic filing. I hereby also certify that a copy of the foregoing was served via United States Mail, first class postage prepaid, on the date of the electronic filing of this document to those individuals and entities not requesting service by electronic filing. The individuals and entities being served electronically or by mail are:

United States Trustee
United States Department of Justice
111 South Tenth Street, Suite 6353
St. Louis, MO 63102

Sallie Mae Trust
c/o Sallie Mae, Inc.
220 Lasley Ave.
Wilkes-Barre, PA 18706

                                        /s/   Annie L. Lancaster

519775